UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KATHRYN LACHNEY**                                           **CIVIL ACTION**

**VERSUS**                                                    **NO. 14-0725-MLCF-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

## REPORT AND RECOMMENDATION

On February 7, 2014, the Appeals Council notified the plaintiff, Kathryn Lachney ("Lachney"), and her counsel that her request for review was denied and the decision of the Administrative Law Judge ("ALJ") was the final decision of the Commissioner of Social Security.  Rec. doc. 6 (Exhibit A).  On March 31, 2014, Lachney filed a complaint for review of the Commissioner's decision.  Rec. doc. 1.  On April 25, 2014, the Appeals Council notified Lachney and her counsel that her case was sent back to an ALJ.  Rec. doc. 6 (Exhibit B).  Counsel for Lachney reports that the April 25, 2014 action by the Commissioner makes her complaint moot.  Rec. doc. 6.

## RECOMMENDATION

Accordingly, IT IS RECOMMENDED that Lachney's complaint (Rec. doc. 1) be DISMISSED WITHOUT PREJUDICE.

## OBJECTIONS

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) calendar days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such

consequences will result from a failure to object.  Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 20th day of May, 2014.

_____
**SALLY SHUSHAN**
**U.S. Magistrate Judge**

**Clerk to serve:**

Jason M. Bigelow
Assistant United States Attorney
650 Poydras Street – Suite 1600
New Orleans, Louisiana 70130
Jason.bigelow@usdoj.com