UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KATHRYN LACHNEY**                                                  **CIVIL ACTION**

**VERSUS**                                                                         **NO. 14-0725-MLCF-SS**

**CAROLYN COLVIN, ACTING**
**COMMISSIONER OF SOCIAL SECURITY**

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the complaint of the plaintiff, Kathryn Lachney, be dismissed without prejudice each party to bear its own costs.

New Orleans, Louisiana, this 16th day of    November   , 2016

*[signature]*
**MARTIN L. C. FELDMAN**
**U.S. District Judge**